1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PRINTOGRAPH, INC., a California
corporation,

         Plaintiff,

   vs.

ANGELINA HERNANDEZ, an
individual, and DOES 1-10,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-8766 ODW (SSx)


**JUDGMENT AND PERMANENT
INJUNCTION**

     On December 22, 2011, Plaintiff Printograph, Inc. moved the Court for entry of a default judgment against Defendant Angelina Hernandez, an individual.  On January 23, 2012, the Court considered the motion and, based upon the papers filed in support of the motion, entered an order granting the motion as to the Plaintiff's request for default judgment on the issue of the Defendant's liability on the claims set forth in the complaint and as to the Plaintiff's request for permanent injunctive relief.

DEFAULT JUDGMENT

1        Accordingly, based upon this Court's findings as enumerated in its order

2  dated January 23, 2012,

3        IT IS HEREBY ORDERED THAT judgment should be, and it hereby is,

4  entered in favor of Plaintiff Printograph, Inc. and against Defendant Angelina

5  Hernandez.  Defendant Angelina Hernandez, an individual, together with all of her

6  agents, successors and assigns, and all those acting in concert or participation with

7  them, is hereby permanently enjoined from making any use of Printograph's

8  confidential business information and from disclosing Printograph's confidential

9  business information to any third parties.  Defendant Angelina Hernandez is

10  further directed to turn over to Printograph any and all documents in her

11  possession, custody, or control containing confidential business information of

12  Printograph that was copied form Printograph's confidential computer records on

13  October 14, 2011.

14        The parties shall bear their own fees and cost incurred in connection with

15  this matter.

16

17  Dated: June 5, 2012           _____

18                              Otis D. Wright, II

19                              Judge, U. S. District Court

20

21

22

23

24

25

26

27

28

DEFAULT JUDGMENT